UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-CR-103-KAC-JEM ) |
| ANTONIO FONTAINE, | ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**

This case is before the Court on Defendant's pro se motion [Doc. 41]. Defendant filed his pro se motion on January 30, 2026.

In the pro se motion, Defendant raises various issues related to discovery [Doc. 41 pp.1–4]. Defendant also requests substitution of counsel [*Id.* at 4]. He asserts that his current counsel has been ineffective and that their relationship has broken down [*Id.* at 4–6; *see also* Docs. 41-1 and 41-2].

The parties appeared before the Court for a hearing on the motion on February 12, 2026. Assistant United States Attorney Michael Gilmore appeared on behalf of the Government. Attorney Steve McGrath appeared on behalf of Defendant, who was also present. Attorney Loretta Cravens was also present at the Court's request.

At the motion hearing, the Government confirmed that it had no position on the matter. The Court also conducted a sealed, ex parte portion of the hearing to learn more about the nature and extent of the problems with the attorney-client relationship. Without going into the confidential nature of that discussion, the Court is reasonably satisfied that there are sufficient grounds to substitute counsel based on a strained relationship, which has compromised defense

counsel's ability to defend Defendant and render effective assistance of counsel. Good cause therefore exists for substitution of counsel.

Accordingly, the Court **GRANTS** Defendant's pro se motion for new counsel [**Doc. 41**]. Attorney Steve McGrath is **RELIEVED** as counsel of record for Defendant. Attorney Loretta Cravens agreed to accept representation of Defendant at the hearing. The Court **SUBSTITUTES and APPOINTS** Attorney Loretta Cravens under the Criminal Justice Act, 18 U.S.C. § 3006A, as counsel of record for Defendant. The Court **DIRECTS** Attorney Steve McGrath to provide discovery and information from Defendant's file and discovery to Attorney Loretta Cravens.

To the extent Defendant raises other issues in his pro se motion, the Court **DENIES** those motions as procedurally improper. E.D. Tenn. L.R. 83.4(c) ("Whenever a party has appeared by attorney, that party may not thereafter appear or act in his or her own behalf in the action or proceeding, unless an order of substitution shall first have been made by the Court, after notice by the party to the attorney and to the opposing party."). The Court **DIRECTES** new counsel to review the pro se filing, consult with Defendant about it, and determine whether any motion(s) should be filed with respect to the issues raised therein.

Accordingly, the Court **ORDERS**:

(1) Defendant's pro se motion for new counsel [**Doc. 41**] is **GRANTED** but **DENIED** without prejudice in all other respects;

(2) Attorney Steve McGrath is **RELIEVED** of further representation of Defendant; and

(3) Attorney Loretta Cravens is **SUBSTITUTED** and **APPOINTED** as counsel of record for Defendant.

**IT IS SO ORDERED.**

ENTER:

/s/ Jill E. McCook
Jill E. McCook
United States Magistrate Judge