UNITED STATES OF AMERICA,     )
     )
     Plaintiff,     )
     )
v.     )     No. 3:24-CR-103-KAC-JEM
     )
ANTONIO FONTAINE,     )
     )
     Defendant.     )

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Antonio Fontaine's Motion to Continue Trial and All Associated Deadlines [Doc. 44], which he filed on March 6, 2026.

Defendant asks the Court to continue the current trial date, which is set for April 7, 2026, and the plea deadline, which is set for March 6, 2026 [*Id*.]. In support of his motion, Defendant states that the Court appointed his current counsel on February 12, 2026 [*Id*. ¶ 1]. Defendant's counsel represents that on the date of her appointment, she discussed with Defendant that given the short timeframe between appointment and the scheduled trial, it would be impossible for her to prepare and try his case on the scheduled trial date [*Id.*]. Defendant's counsel received the file of prior counsel, including discovery, on March 3, 2026 [*Id.* ¶ 3]. Because Defendant's counsel has been out of the office ill, since March 4, 2026, she has not yet begun reviewing these materials other than obtaining a general understanding of the volume of the materials provided, which includes three thumb drives [*Id.*]. Defendant's counsel anticipates that it will take a significant amount of time to review these materials, discuss them with Defendant, and prepare any motions that may be necessary as well as prepare for plea discussions and trial [*Id.*]. Defendant understands

his rights to a speedy trial and that any time between the filing of the motion for continuance and the new trial would be excluded for speedy trial purposes [*Id.* ¶ 2]. The Government has no opposition to the proposed continuance [*Id.* ¶ 6].

Based upon the information contained in the motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweighs the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that not granting a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Counsel for Defendant needs time to review discovery, discuss with Defendant, confer with the Government regarding a potential resolution, and if that is not successful, otherwise prepare for trial. The Court finds that all of this cannot occur before the April 7, 2026 trial date.

The Court therefore **GRANTS** Defendant Antonio Fontaine's Motion to Continue Trial and All Associated Deadlines [**Doc. 44**]. The trial of this case is reset to **August 11, 2026**. A new schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the initial motion on March 6, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Antonio Fontaine's Motion to Continue Trial and All Associated Deadlines [**Doc. 44**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **August 11, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **March 6, 2026**, and the new trial date of **August 11, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **July 10, 2026**;

(5) the deadline for filing motions *in limine* is **July 27, 2026**, and responses to motions *in limine* are due on or before **August 4, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **July 23, 2026, at 11:00 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **July 31, 2026**.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

3